# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL ALQUIST, PETER
HERMANN, GUY BUTTERWORTH,
CAMERON HILLHOUSE, POLICE
CHIEF JACK SESSIONS, JAYSON
GERMAN, AND COURTNEY BADON

VERSUS

TOWN OF PEARL RIVER AND JOE
LEE, IN HIS CAPACITY AS
MAYOR OF THE TOWN OF PEARL
RIVER

NO.  2025 CW 1236

**MARCH 09, 2026**

---

In Re:  Michael Alquist, Peter Hermann, Guy Butterworth,
Cameron Hillhouse, Police Chief Jack Sessions, Jayson
German and Courtney Badon, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 202510102.

---

**BEFORE:  MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT